1

2

3

# UNITED STATES DISTRICT COURT

4

## NORTHERN DISTRICT OF CALIFORNIA

5

6

JACQUELINE BENJAMIN ET AL,           )        **Case No.: 3:13-cv-4993-KAW**
                                     )
          Plaintiffs,                )        [~~**PROPOSED**~~] **ORDER**
                                     )        **RESETTING INITIAL CASE**
vs.                                  )        **MANAGEMENT CONFERENCE**
                                     )        **AND ADR DEADLINES**
B&H EDUCATION, INC. ET AL,           )
                                     )
          Defendants.                )
_____  )

7

8

9

10

11

12

13

            Pursuant to the current status of this case, in that the Complaint (Doc. No. 1)

has not yet been served on any of the defendants, **IT IS HEREBY ORDERED** that the

Initial Case Management Conference in this matter set for January 28, 2014 at 1:30

p.m. is hereby continued to  April 8, 2014,                    and the other deadlines set

forth in the Court's prior Order of October 25, 2013 (Docket #3) are continued

accordingly.

14

15

16

17

18

19

            **IT IS SO ORDERED** this  9th Day of January, 2014

20

21

_____
KANDIS A. WESTMORE
United States Magistrate Judge

22

23

24

25

26

27

28