UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE BENJAMIN, et al.,

         Plaintiffs,

    v.

B & H EDUCATION, INC., et al.,

         Defendants.

Case No.  13-cv-04993-VC

**ORDER GRANTING
ENLARGEMENT OF TIME**

The Court, having considered the parties' Joint Stipulation for Enlargement of Time to File Case Management Statement (Docket No. 23), hereby GRANTS the parties' request for an enlargement of time to file their Case Management Statement.

The Court hereby ORDERS the Case Management Conference be set for **June 27, 2014 at 10:30 a.m.**  The parties shall file a Case Management Statement no later than seven (7) days prior to the conference, or on or before **June 20, 2014**.

**IT IS SO ORDERED.**

Dated:  April 30, 2014

_____
VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California