UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE BENJAMIN, ET AL.,
   Plaintiff(s),

v.

B&H EDUCATION, INC., ET AL.,
   Defendant(s).

CASE NO. 13-04993-VC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☑ Private ADR (*please identify process and provider*)  The parties plan to participate in a full day or multi-day mediation before a Mediator they have not yet selected.

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☑ other requested deadline  After the Court rules on summary judgment motion. As detailed in the forthcoming Joint Case Management Statement, the parties proposed that motions for summary judgment be filed at an early procedural posture in the case.

Dated: June 27, 2014                 /s/ Chaya M. Mandelbaum
                                      Attorney for Plaintiff

Dated: June 27, 2014                 /s/ Julie A. Vogelzang
                                      Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

## [~~PROPOSED~~] ORDER

| | |
|---|---|
| XX | The parties' stipulation is adopted and IT IS SO ORDERED. |
| ☐ | The parties' stipulation is modified as follows, and IT IS SO ORDERED. |

Dated: July 10, 2014



_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11