UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE BENJAMIN, et al.,
        Plaintiffs,

    v.

B & H EDUCATION, INC., et al.,
        Defendants.

Case No. 13-cv-04993-VC

**ORDER**

The California Commissioner of Labor is invited to file a letter brief setting forth her view about whether *Hutchison v. Clark*, 67 Cal.App.2d 155 (1944) remains good law. If the Commissioner chooses to file such a brief, she should do so by April 17, 2015, to ensure it is of assistance to the Court.

**IT IS SO ORDERED.**

Dated: August 14, 2014

VINCE CHHABRIA
United States District Judge