1  LEON GREENBERG (SBN 226253)
   DANA SNIEGOCKI (SBN 261212)
2  **LAW OFFICE OF LEON GREENBERG**
   2965 South Jones Boulevard #E-4
3  Las Vegas, NV  89146
   Telephone: (702) 383-6085
4  Facsimile:  (702) 385-1827
   Email: leongreenberg@overtimelaw.com
5  Email: dana@overtimelaw.com

6  BRYAN J. SCHWARTZ (SBN 209903)         DAVID A. LOWE (SBN 178811)
   ADETUNJI OLUDE SBN (264873)            CHAYA M. MANDELBAUM (SBN 239084)
7  **BRYAN SCHWARTZ LAW**                 MICHELLE G. LEE (SBN 266167)
   1330 Broadway, Suite 1630              **RUDY, EXELROD, ZIEFF & LOWE, LLP**
8  Oakland, CA  94612                     351 California Street, Suite 700
   Telephone: (510) 444-9300              San Francisco, CA  94104
9  Facsimile:  (510) 444-9301             Telephone: (415) 434-9800
   Email: bryan@bryanschwartzlaw.com      Facsimile:  (415) 434-0513
10 Email: adetunji@bryanschwartzlaw.com   Email: dal@rezlaw.com
                                          Email: cmm@rezlaw.com
11 *Attorneys for Plaintiffs*             Email: mgl@rezlaw.com

12 KEITH ZAKARIN (SBN 126528)
   JULIE A. VOGELZANG (SBN 174411)
13 COURTNEY L. BAIRD (SBN 234410)
   **DUANE MORRIS LLP**
14 750 B Street, Suite 2900
   San Diego, CA 92101-4681
15 Telephone: (619) 744-2200
   Facsimile: (619) 744-2201
16 Email: kzakarin@duanemorris.com
   Email: jvogelzang@duanemorris.com
17 Email: clbaird@duanemorris.com

18 *Attorneys for Defendant B&H Education, Inc.*

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21 | JACQUELINE BENJAMIN, BRYAN GONZALEZ, and TAIWO KOYEJO, on behalf of themselves and classes of those similarly situated, | Case No. CV 13-04993-VC |
|---|---|
| Plaintiffs, | **JOINT STIPULATION TO EXTEND TIME TO AMEND THE PLEADINGS** |
| vs. | AND ORDER |
| B&H EDUCATION, INC., a corporation; RASHED ELYAS, an individual; NAGUI ELYAS, an individual; MICHAEL FLECKER collectively dba "MARINELLO SCHOOLS OF BEAUTY"; and DOES 1 through 100, | |
| Defendants. | |

Plaintiffs JACQUELINE BENJAMIN, BRYAN GONZALES, and TAIWO KOYEJO and Defendant B&H EDUCATION, INC., by and through their undersigned counsel in the above-captioned matter, hereby stipulate as follows:

WHEREAS, this case was initiated on October 25, 2013 when Plaintiffs filed their Complaint (ECF No. 1);

WHEREAS, on April 17, 2014, this case was reassigned to the Honorable Vince Chhabria;

WHEREAS, on July 10, 2014, the Court held the Case Management Conference and a hearing on Defendants' Motion to Dismiss the Amended Complaint;

WHEREAS, on July 10, 2014, the Court entered a Case Management Scheduling Order which, *inter alia*, sets the deadline for amending the pleadings as November 14, 2014 (ECF No. 44);

WHEREAS, on August 12th, Plaintiffs served a deposition notice pursuant to FRCP 30(b)(6) for the deposition of Defendant B&H Education, Inc., but the parties were unable to schedule Defendant's deposition until November 19, 2014, and may need to schedule further 30(b)(6) designees, depending on the outcome of that deposition;

WHEREAS, the parties have agreed that an extension of the November 14th deadline for amending the pleadings is necessary to allow for sufficient discovery; and

WHEREAS, pursuant to Local Rule No. 6-2, the previous time modifications in this case include the following: (1) stipulation to extent time for Plaintiffs to respond to Defendants' motion to dismiss (Dkt. Nos. 18, 19), which resulted in Plaintiffs filing an amended complaint addressing some of the issues raised in the motion; (2) stipulation to extend time for Defendants to answer the amended complaint (ECF 22); and (3) stipulation to extend time to file Case Management Statement (ECF Nos. 23, 25).

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, through their respective counsel of record, that in the interest of fairness, judicial economy, and efficiency, the Case Management Order should be modified to extend the deadline to amend the pleadings to **December 5, 2014**. The proposed extension will not affect any other deadline in this case.

1
JOINT STIPULATION TO EXTEND TIME TO AMEND THE PLEADINGS
CASE NO. CV 13-04993-VC

IT IS SO STIPULATED.

DATED: November 10, 2014   */s/ Chaya Mandelbaum*
David A. Lowe
Chaya M. Mandelbaum
Michelle G. Lee
Counsel for Plaintiffs

DATED: November 10, 2014   */s/ Courtney Baird*
Keith Zakarin
Julie A. Vogelzang
Courtney L. Baird
Counsel for Defendant

## ECF ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 10th day of November, 2014, at San Francisco, California.

*/s/ Chaya Mandelbaum*
CHAYA M. MANDELBAUM

**ORDER**

The Court having considered the Joint Stipulation to Extend Time to Amend the Pleadings, ORDERS as follows:

The deadline to amend the pleadings set by the Case Management Order is hereby extended to December 5, 2014. This Order does not affect any other deadline in the Case Management Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 12, 2014

Judge Vince Chhabria
United States District Court