LEON GREENBERG (SBN 226253)
DANA SNIEGOCKI (SBN 261212)
**LAW OFFICE OF LEON GREENBERG**
2965 South Jones Boulevard #E-4
Las Vegas, NV 89146
Telephone: (702) 383-6085
Facsimile: (702) 385-1827
Email: leongreenberg@overtimelaw.com
Email: dana@overtimelaw.com

BRYAN J. SCHWARTZ (SBN 209903)
ADETUNJI OLUDE SBN (264873)
**BRYAN SCHWARTZ LAW**
1330 Broadway, Suite 1630
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301
Email: bryan@bryanschwartzlaw.com
Email: adetunji@bryanschwartzlaw.com

DAVID A. LOWE (SBN 178811)
CHAYA M. MANDELBAUM (SBN 239084)
MICHELLE G. LEE (SBN 266167)
**RUDY, EXELROD, ZIEFF & LOWE, LLP**
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
Email: dal@rezlaw.com
Email: cmm@rezlaw.com
Email: mgl@rezlaw.com

*Attorneys for Plaintiffs*

KEITH ZAKARIN (SBN 126528)
JULIE A. VOGELZANG (SBN 174411)
COURTNEY L. BAIRD (SBN 234410)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
Email: kzakarin@duanemorris.com
Email: jvogelzang@duanemorris.com
Email: clbaird@duanemorris.com

*Attorneys for Defendant B&H Education, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BENJAMIN, BRYAN GONZALEZ, and TAIWO KOYEJO, on behalf of themselves and classes of those similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>B&H EDUCATION, INC., a corporation; RASHED ELYAS, an individual; NAGUI ELYAS, an individual; MICHAEL FLECKER collectively dba "MARINELLO SCHOOLS OF BEAUTY"; and DOES 1 through 100,<br><br>        Defendants.           / | Case No. CV 13-04993-VC<br><br>**JOINT STIPULATION TO EXTEND PLEADINGS AMENDMENT, FACT DISCOVERY, EXPERT DISCOVERY, AND CROSS MOTIONS FOR SUMMARY JUDGMENT DEADLINES AND MODIFIED ORDER** |

1   Plaintiffs JACQUELINE BENJAMIN, BRYAN GONZALES, and TAIWO KOYEJO

2   and Defendant B&H EDUCATION, INC., by and through their undersigned counsel in the

3   above-captioned matter, hereby stipulate as follows:

4   WHEREAS, this case was initiated on October 25, 2013 when Plaintiffs filed their

5   Complaint (ECF No. 1);

6   WHEREAS, on April 17, 2014, this case was reassigned to the Honorable Vince

7   Chhabria;

8   WHEREAS, on July 10, 2014, the Court held the Case Management Conference and a

9   hearing on Defendants' Motion to Dismiss the Amended Complaint;

10   WHEREAS, on July 10, 2014, the Court entered a Case Management Scheduling Order

11   which, *inter alia*, sets the deadline for amending the pleadings as November 14, 2014, the

12   deadline for the first phase of fact discovery as December 12, 2014, the deadline for the first

13   phase of expert discovery as February 13, 2015, and the deadline for cross-motions for summary

14   judgment as March 13, 2015. (ECF No. 44);

15   WHEREAS, on August 14, 2014, the Court issued an Order inviting the California

16   Commissioner of Labor to file a letter brief setting forth her view about whether *Hutchison v.*

17   *Clark*, 67 Cal.App.2d 155 (1944) remains good law by April 17, 2015. (ECF No. 52).  As the

18   schedule is currently set, the California Commissioner of Labor's letter brief would arrive after

19   the parties file their cross-motions for summary judgment on March 13, 2015;

20   WHEREAS the parties have been diligently working to meet the deadlines set in the Case

21   Management Scheduling Order; however, despite the parties' best efforts, fact discovery is not

22   complete;

23   WHEREAS the parties exchanged initial disclosures on July 17, 2014;

24   WHEREAS Plaintiffs served requests for admissions, special interrogatories, and requests

25   for production on Defendant on August 12, 2014;

26   WHEREAS Defendant served special interrogatories and requests for production on

27   Plaintiffs on August 22, 2014;

28

1

1    WHEREAS Defendant served its responses to the requests for admissions, special

2    interrogatories, and requests for production on October 3, 2014;

3    WHEREAS Plaintiffs served their responses to the special interrogatories and requests for

4    production on October 9, 2014;

5    WHEREAS Defendant served supplemental responses to the requests for admissions and

6    special interrogatories on November 14, 2014;

7    WHEREAS, to date, Defendant has produced 6,683 pages of documents in response to

8    Plaintiffs' request for production of documents;

9    WHEREAS, to date, Plaintiffs have produced 340 pages of documents in response to

10   Defendant's request for production of documents; WHEREAS, Plaintiffs served a deposition

11   notice pursuant to FRCP 30(b)(6) on August 12, 2014, for the deposition of Defendant B&H

12   Education, Inc., but the parties agreed to postpone the 30(b)(6) depositions until after the named

13   Plaintiffs were deposed.   Plaintiffs took the first 30(b)(6) deposition on November 19, 2014. The

14   parties expect to conduct additional 30(b)(6) depositions and are in the process of meeting and

15   conferring regarding the depositions of further 30(b)(6) designees covering the remaining topics

16   contained in the deposition notice;

17   WHEREAS Defendant served a deposition notice on each Plaintiff on August 22, 2014.

18   On October 27 and 28, 2014, Defendant deposed two of the named Plaintiffs.  On November 6,

19   2014, Defendant began the deposition of the third named Plaintiff; however, the deposition was

20   adjourned and the parties are currently working to reschedule the completion of the deposition of

21   the third named Plaintiff;

22   WHEREAS the parties are in the process of meeting and conferring regarding additional

23   production of documents, completing additional depositions, and informally resolving the

24   remaining disputes related to fact discovery;

25   WHEREAS, pursuant to Local Rule No. 6-2, the previous time modifications in this case

26   include the following: (1) stipulation to extent time for Plaintiffs to respond to Defendants'

27   motion to dismiss (ECF Nos. 18, 19), which resulted in Plaintiffs filing an amended complaint

28

JOINT STIPULATION TO EXTEND PLEADINGS AMENDMENT, FACT DISCOVERY, EXPERT
DISCOVERY, AND CROSS MOTIONS FOR SUMMARY JUDGMENT DEADLINES
CASE NO. CV 13-04993-VC

1  addressing some of the issues raised in the motion; (2) stipulation to extend time for Defendants

2  to answer the amended complaint (ECF No. 22); (3) stipulation to extend time to file Case

3  Management Statement (ECF Nos. 23, 25); and (4) stipulation to extend the pleadings

4  amendment deadline (ECF No. 60).

5      IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, through their

6  respective counsel of record, that for good cause shown and in the interest of fairness, judicial

7  economy, and efficiency, the Case Management Order and ECF No. 60 should be modified to

8  extend the deadline to amend the pleadings to **January 16, 2015,** to extend deadline for the first

9  phase of fact discovery to **March 13, 2015,** to extend the deadline for the first phase of expert

10  discovery to **May 13, 2015,** and to extend the cross motions for summary judgment deadline to

11  **June 16, 2015**.  The proposed extension will not affect any other deadline in this case.  The

12  proposed extension will allow the parties to complete the first phase of fact discovery and review

13  any letter brief submitted by the California Commissioner of Labor prior to filing the cross-

14  motions for summary judgment.

15      IT IS SO STIPULATED.

16

17  DATED:  December 3, 2014          */s/ Chaya M. Mandelbaum*
                                      _____
18                                     David A. Lowe
                                       Chaya M. Mandelbaum
19                                     Michelle G. Lee
                                       Counsel for Plaintiffs
20

21  DATED:  December 3, 2014          */s/ Julie A. Vogelzang*
                                      _____
22                                     Keith Zakarin
                                       Julie A. Vogelzang
23                                     Courtney L. Baird
                                       Counsel for Defendant
24

25

26

27

28
                                     3

1

## **ECF ATTESTATION**

2

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this

3

document has been obtained from each of the other signatories thereto.

4

Executed this 3rd day of December, 2014, at San Francisco, California.

5

*/s/ Chaya M. Mandelbaum*

6

CHAYA M. MANDELBAUM

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JOINT STIPULATION TO EXTEND PLEADINGS AMENDMENT, FACT DISCOVERY, EXPERT
DISCOVERY, AND CROSS MOTIONS FOR SUMMARY JUDGMENT DEADLINES
CASE NO. CV 13-04993-VC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER AS MODIFIED**

The Court having considered the Joint Stipulation to Extend Pleadings Amendment, Fact Discovery, and Cross Motions for Summary Judgment deadlines, ORDERS as follows:

The deadline to amend the pleadings is hereby extended to January 16, 2015, the deadline to complete first phase fact discovery is hereby extended to March 13, 2015, the deadline to complete the first phase of expert discovery is hereby extended to May 13, 2015, and the deadline to file cross motions for summary judgment is hereby extended to June 16, 2015.

If the Labor Commissioner intends to file a brief, this scheduling change obviates the need for her to do so by April 17, 2015. If she intends to file a brief, the Court requests that she do so on or around the time the opening briefs are filed. The Court does not intend to grant the parties any further extensions in this case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _December 4, 2014__

_____
Judge Vince Chhabria
United States District Court

5