LEON GREENBERG (SBN 226253)
DANA SNIEGOCKI (SBN 261212)
**LAW OFFICE OF LEON GREENBERG**
2965 South Jones Boulevard #E-4
Las Vegas, NV  89146
Telephone: (702) 383-6085
Facsimile:  (702) 385-1827
Email: leongreenberg@overtimelaw.com
Email: dana@overtimelaw.com

DAVID A. LOWE (SBN 178811)
CHAYA M. MANDELBAUM (SBN 239084)
MICHELLE G. LEE (SBN 266167)
**RUDY, EXELROD, ZIEFF & LOWE, LLP**
351 California Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 434-9800
Facsimile:  (415) 434-0513
Email: dal@rezlaw.com
Email: cmm@rezlaw.com
Email: mgl@rezlaw.com

BRYAN J. SCHWARTZ (SBN 209903)
ADETUNJI OLUDE SBN (264873)
**BRYAN SCHWARTZ LAW**
1330 Broadway, Suite 1630
Oakland, CA  94612
Telephone: (510) 444-9300
Facsimile:  (510) 444-9301
Email: bryan@bryanschwartzlaw.com
Email: adetunji@bryanschwartzlaw.com

*Attorneys for Plaintiffs*

KEITH ZAKARIN (SBN 126528)
JULIE A. VOGELZANG (SBN 174411)
COURTNEY L. BAIRD (SBN 234410)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile:  (619) 744-2201
Email: kzakarin@duanemorris.com
Email: jvogelzang@duanemorris.com
Email: clbaird@duanemorris.com

*Attorneys for Defendant B&H Education, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BENJAMIN, BRYAN GONZALEZ, and TAIWO KOYEJO, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>B&H EDUCATION, INC., a corporation, dba "MARINELLO SCHOOLS OF BEAUTY"; and DOES 1 through 100,<br><br>Defendants. | Case No. CV 13-04993-VC<br><br>**JOINT STIPULATION PURSUANT TO FED. R. CIV. P. 15(A)(2) REGARDING FILING OF SECOND AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT; SECOND AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT**<br><br>Complaint Filed: October 25, 2013<br>Trial Date: Not Set |

**STIPULATION**

Plaintiffs JACQUELINE BENJAMIN, PATRICIA CAULEY, BRYAN GONZALEZ, and TAIWO KOYEJO and Defendant B&H EDUCATION, INC., by and through their undersigned counsel in the above-captioned matter, hereby stipulate as follows:

WHEREAS, this case was initiated on October 25, 2013 when Plaintiffs filed their Complaint (ECF No. 1), and Plaintiffs filed a First Amended Collective and Class Action Complaint on April 8, 2014 (ECF No. 20);

WHEREAS, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, a party may amend its pleading with the written consent of the opposing party;

WHEREAS, the Court has set a deadline for amending the pleadings or adding parties of January 16, 2015;

WHEREAS, Plaintiffs propose to file a Second Amended Collective and Class Action Complaint, which is attached as Exhibit A to this Stipulation;

WHEREAS, Defendant does not object to the filing of Plaintiffs' proposed Second Amended Collective and Class Action Complaint;

WHEREAS, the Parties agree that Defendant shall have thirty (30) days from the date of filing of this Stipulation to file a responsive pleading to the Second Amended Collective and Class Action Complaint.

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, through their respective counsel of record, Plaintiffs may file the proposed Second Amended Collective and Class Action Complaint, attached hereto as Exhibit A, which shall be deemed filed as of the date of filing of this Stipulation and Defendant shall file its responsive pleading to the Second Amended Collective and Class Action Complaint no later than thirty (30) days from the date of filing of this Stipulation.

///

///

///

///

IT IS SO STIPULATED.

DATED:  January 16, 2015               */s/ Chaya M. Mandelbaum*
                                        David A. Lowe
                                        Chaya M. Mandelbaum
                                        Michelle G. Lee
                                        Bryan J. Schwartz
                                        Adetunji Olude
                                        Leon Greenberg
                                        Dana Sniegocki
                                        Counsel for Plaintiffs


DATED:  January 16, 2015               */s/ Julie A. Vogelzang*
                                        Keith Zakarin
                                        Julie A. Vogelzang
                                        Counsel for Defendant

## ECF ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: <u>January 21, 2015</u>

Judge Vince Chhabria
United States District Court