BRYAN SCHWARTZ (SBN: 209903)
ADETUNJI OLUDE (SBN: 264873)
BRYAN SCHWARTZ LAW
1330 Broadway, Suite 1630
Oakland, CA  94612
Telephone: (510) 444-9300
Facsimile:  (510) 444-9301
Email: bryan@bryanschwartzlaw.com
Email: adetunji@bryanschartzlaw.com

DAVID A. LOWE (SBN: 178811)
CHAYA M. MANDELBAUM (SBN: 239084)
MICHELLE G. LEE (SBN: 266167)
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 434-9800
Facsimile:  (415) 434-0513
Email: dal@rezlaw.com
Email: cmm@rezlaw.com
Email: mgl@rezlaw.com

LEON GREENBERG (SBN: 226253)
DANA SNIEGOCKI (SBN: 261212)
LAW OFFICE OF LEON GREENBERG
2965 South Jones Boulevard #E-4
Las Vegas, NV  89146
Telephone: (702) 383-6085
Facsimile:  (702) 385-1827
Email: leongreenberg@overtimelaw.com
Email: dana@overtimelaw.com

*Attorneys For Plaintiffs Jacqueline Benjamin, Patricia Cauley, Bryan Gonzalez, And Taiwo Koyejo, And All Others Similarly Situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BENJAMIN, PATRICIA CAULEY, BRYAN GONZALEZ, and TAIWO KOYEJO, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>B&H EDUCATION, INC., a corporation dba "MARINELLO SCHOOLS OF BEAUTY"; and DOES 1 through 100,<br><br>Defendants. | Case No. CV 13-04993-VC<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Vince Chhabria<br>Ctrm: 4<br>Complaint Filed: October 25, 2013 |

1
STIPULATION OF DISMISSAL
CASE NO. CV 13-04993-VC

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the individual claims of Plaintiff Patricia Cauley against Defendants B&H Education, Inc. and Does 1 through 100 be and hereby are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a) (1)(A)(ii). This dismissal will not bind or prejudice any party or member of the putative class. The parties shall bear their own costs and fees specifically and only as to Cauley, if any have been incurred specifically and exclusively as to her.

DATED: May 8, 2015

**RUDY, EXELROD, ZIEFF & LOWE, LLP**
**BRYAN SCHWARTZ LAW**
**LAW OFFICE OF LEON GREENBERG**

By:   */s/ Adetunji Olude*
David A. Lowe
Chaya M. Mandelbaum
Michelle G. Lee
Bryan J. Schwartz
Adetunji Olude
Leon Greenberg
Dana Sniegocki
Attorneys for Plaintiffs

DATED: May 7, 2015

**DUANE MORRIS LLP**

By:   */s/ Jess R. Booth*
Julie A. Vogelzang
Edward M. Cramp
Courtney L. Baird
Jess R. Booth
Attorneys for Defendant B&H EDUCATION, INC.

### **ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: May 11, 2015

3  

_____
Judge Vince Chhabria
United States District Court