Julie A. Vogelzang (SBN 174411)
Edward M. Cramp (SBN 212490)
Courtney L. Baird (SBN 234410)
Jess R. Booth (SBN 245430)
**DUANE MORRIS** LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619 744 2200
Facsimile: 619 744 2201
E-mail: jvogelzang@duanemorris.com
emcramp@duanemorris.com
clbaird@duanemorris.com
jrbooth@duanemorris.com

Attorneys for Defendant
B&H EDUCATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BENJAMIN, BRYAN GONZALEZ and TAIWO KOYEJO, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>B&H EDUCATION, INC., a corporation, dba "MARINELLO SCHOOLS OF BEAUTY"; and DOES 1 through 100<br><br>Defendants. | Case No.: 13-CV-04993 VC<br><br>**JOINT STIPULATION REGARDING SCHEDULE FOR FILING CROSS-MOTIONS FOR SUMMARY JUDGMENT AND PROPOSED ORDER**  AS MODIFIED<br><br>Ctrm: 4<br>Judge: Hon. Vince Chhabria |

Plaintiffs JACQUELINE BENJAMIN, BRYAN GONZALEZ and TAIWO KOYEJO ("Plaintiffs"), by and through their counsel of record, and Defendant B&H EDUCATION, INC. ("Defendant"), by and through its counsel of record, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs and Defendant intend to file cross-motions for summary judgment in this matter.

WHEREAS, the Court has a standing order requiring that parties filing cross-motions for summary judgment "file a total of four briefs sequentially, rather than three pairs of simultaneous briefs." The Court's standing order further encourages parties to "submit a stipulation and proposed order setting a briefing schedule for the cross-motions, which will likely be signed so long as the fourth brief is due no later than 14 days before the hearing date."

WHEREAS, the Case Management Order [dkt. 62] currently provides that all cross-motions for summary judgment are due on June 16, 2015.

WHEREAS, in accordance with the Court's standing order, counsel for the parties have met and conferred and jointly propose the following schedule for the filing of the cross-motions for summary judgment:

| DATE | MOTION |
| --- | --- |
| June 16, 2015 | Plaintiffs File Motion for Summary Judgment |
| July 14, 2015 | Defendant Files Opposition Memorandum and Motion for Summary Judgment |
| August 11, 2015 | Plaintiffs File Opposition and Reply Memorandum |
| August 25, 2015 | Defendant Files Reply Memorandum |
| September 17, 2015 | Hearing on Cross-Motions for Summary Judgment |

1     IT IS SO STIPULATED.

2   Dated:  May 14, 2015                           **DUANE MORRIS LLP**

3

4                                  By:  /s/ Jess R. Booth
                                       Julie A. Vogelzang

5                                        Edward M. Cramp
                                       Courtney L. Baird

6                                        Jess R. Booth
                                       Attorneys for Defendant

7                                        B&H EDUCATION, INC.

8

9   Dated:  May 14, 2015                         **RUDY, EXELROD, ZIEFF & LOWE, LLP**

10                                   By:  /s/ Chaya M. Mandelbaum
                                       David A. Lowe

11                                        Chaya M. Mandelbaum
                                       Michelle G. Lee

12                                        Attorneys for Plaintiffs
                                       JACQUELINE BENJAMIN, PATRICIA CAULEY,

13                                        BRYAN GONZALEZ and TAIWO KOYEJO

**[PROPOSED] ORDER** AS MODIFIED

Upon consideration of the Joint Stipulation Regarding Schedule for Filing Cross-Motions for Summary Judgment and Proposed Order between Plaintiffs and Defendant and good cause shown IT IS HEREBY ORDERED as follows:

The Case Management Order [dkt. 62] is amended to reflect the jointly stipulated schedule for submitting cross-motions for summary judgment as follows:

| DATE | MOTION |
| --- | --- |
| June 16, 2015 | Plaintiffs File Motion for Summary Judgment |
| July 14, 2015 | Defendant Files Opposition Memorandum and Motion for Summary Judgment |
| August 11, 2015 | Plaintiffs File Opposition and Reply Memorandum |
| August 25, 2015 | Defendant Files Reply Memorandum |
| September ~~17~~ 24, 2015 | Hearing on Cross-Motions for Summary Judgment |

**IT IS SO ORDERED.**

Dated: May 19, 2015



IT IS SO ORDERED AS MODIFIED

Judge Vince Chhabria