LEON GREENBERG (SBN: 226253)
DANA SNIEGOCKI (SBN: 261212)
LAW OFFICE OF LEON GREENBERG
2965 South Jones Boulevard #E-4
Las Vegas, NV  89146
Telephone: (702) 383-6085
Facsimile:  (702) 385-1827
Email: leongreenberg@overtimelaw.com
Email: dana@overtimelaw.com

BRYAN SCHWARTZ (SBN: 209903)
ADETUNJI OLUDE (SBN: 264873)
BRYAN SCHWARTZ LAW
1330 Broadway, Suite 1630
Oakland, CA  94612
Telephone: (510) 444-9300
Facsimile:  (510) 444-9301
Email: bryan@bryanschwartzlaw.com
Email: adetunji@bryanschartzlaw.com

DAVID A. LOWE (SBN: 178811)
CHAYA M. MANDELBAUM (SBN: 239084)
MICHELLE G. LEE (SBN: 266167)
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 434-9800
Facsimile:  (415) 434-0513
Email: dal@rezlaw.com
Email: cmm@rezlaw.com
Email: mgl@rezlaw.com

Attorneys For Plaintiffs

KEITH ZAKARIN (SBN 126528)
JULIE A. VOGELZANG (SBN 174411)
COURTNEY L. BAIRD (SBN 234410)
DUANE MORRIS LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
Email: kzakarin@duanemorris.com
Email: jvogelzang@duanemorris.com
Email: clbaird@duanemorris.com

*Attorneys for Defendant B&H Education, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELINE BENJAMIN, BRYAN GONZALEZ, and TAIWO KOYEJO, on behalf of themselves and classes of those similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>B&H EDUCATION, INC., a corporation, dba "MARINELLO SCHOOLS OF BEAUTY"; and DOES 1 through 100,<br><br>            Defendants.           / | Case No. CV 13-04993-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUMMARY JUDGMENT BRIEFING AND DEADLINES** |

Plaintiffs JACQUELINE BENJAMIN, BRYAN GONZALES, and TAIWO KOYEJO and Defendant B&H EDUCATION, INC., by and through their undersigned counsel in the above-captioned matter, hereby stipulate as follows:

WHEREAS, the parties have filed cross-motions for summary judgment and have set a briefing schedule pursuant to the Court's Standing Order (Dkt. No. 73), with a hearing date set for September 24, 2015.

WHEREAS, as established by the stipulated schedule, Plaintiffs filed their opening brief on June 16, 2015 (Dkt. Nos. 74-77) and Defendant filed its opposition and cross-motion for summary judgment on July 14, 2015 (Dkt. Nos. 78-1 – 78-18).

WHEREAS, on August 11, 2015, Plaintiffs filed their opposition and reply memorandum (Dkt. Nos. 79-80).

WHEREAS, Plaintiffs' opposition and reply memorandum inadvertently exceeded the 20-page limit set by this Court's Standing Order, due to Plaintiffs' mistaken belief that the standard 25-page limit for opposition memoranda applied.  Accordingly, the memorandum Plaintiffs filed on August 11th exceeds the Court's page limit by 5 pages.

WHEREAS, on August 12, 2015, the parties met and conferred regarding this issue.

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, through their respective counsel of record, that in the interest of fairness, judicial economy, and resolving issues on the merits, Plaintiffs shall file a revised brief conforming to the 20-page requirement within two court days of entry of this order. Within 14 calendar days of Plaintiffs' filing of a revised brief, Defendant shall file its Reply.  The order regarding the schedule for filing briefs related to the cross-motions for summary judgment (Dkt. No. 73) shall be modified to the extent necessary to conform to this schedule.  The proposed extension will not affect any other deadline in this case.

///
///
///
///
///

1  **IT IS SO STIPULATED.**

2

3  DATED: August 13, 2015            **BRYAN SCHWARTZ LAW**

4                                    **RUDY, EXELROD, ZIEFF & LOWE, L.L.P.**

                                     **LAW OFFICE OF LEON GREENBERG**
5

6                                    By:   */s/ Chaya M. Mandelbaum*
                                           CHAYA M. MANDELBAUM
7                                          *Attorneys for the Named Plaintiffs and all others*
                                           *similarly situated*
8

9

10 DATED: August 13, 2015            **DUANE MORRIS LLP**

11

12                                   By:   */s/ Julie A. Vogelzang*
                                           JULIE A. VOGELZANG
13                                         *Attorneys for Defendant B&H EDUCATION, INC*

14

15                            **ECF ATTESTATION**

16   Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document

17 has been obtained from each of the other signatories thereto.

18   Executed this 13th day of August, 2015, at San Francisco, California.

19
                                           */s/ Chaya M. Mandelbaum*
20                                         CHAYA M. MANDELBAUM

21

22

23

24

25

26

27

28

2
STIPULATION AND [PROPOSED] ORDER REGARDING
SUMMARY JUDGMENT BRIEFING AND DEADLINES
CASE NO. CV 13-04993-VC

## [~~PROPOSED~~] ORDER

The Court having considered the Stipulation Regarding Summary Judgment Briefing and Deadlines, ORDERS as follows:

Plaintiffs shall file a revised Opposition/Reply memorandum conforming to this Court's Standing Order by August  17 , 2015.

Defendant shall file its Reply memorandum by  August 31 , 2015.

The hearing on the Cross-Motions for Summary Judgment, set for September 24, 2015, shall remain on calendar.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 14, 2015

Judge Vince Chhabria
United States District Court

3
STIPULATION AND [PROPOSED] ORDER REGARDING
SUMMARY JUDGMENT BRIEFING AND DEADLINES
CASE NO. CV 13-04993-VC