AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

JACQUELINE BENJAMIN, ET AL.
                 Plaintiff (s),
V.
B&H EDUCATION INC.
                 Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-CV-04993 VC

Notice is hereby given that, subject to approval by the court, __B&H Education, Inc.__ (Party (s) Name) substitutes __Kevin S. Wattles of Soltman, Levitt, Flaherty & Wattles LLP__ (Name of New Attorney), State Bar No. __170274__ as counsel of record in place of __Julie A. Vogelzang, Duane Morris L.L.P.__ (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Soltman, Levitt, Flaherty & Wattles LLP |
| Address: | 90 E. Thousand Oaks Boulevard, Suite 300, Thousand Oaks, CA 91360 |
| Telephone: | (805) 497-7706     Facsimile (805) 497-1147 |
| E-Mail (Optional): | kwattles@slfesq.com |

I consent to the above substitution.
Date: 5/24/16

By: (Signature of Party (s))
Development Specialists, Inc as assignee for benefit of creditors of B&H Education, Inc.

I consent to being substituted.
Date: 5/23/16

By: Julie A. Vogelzang (Signature of Former Attorney (s))
Duane Morris LLP

I consent to the above substitution.
Date: 5/18/16

By: (Signature of New Attorney)
Soltman, Levitt, Flaherty & Wattles LLP

The substitution of attorney is hereby approved and so ORDERED.

Date: June 3, 2016

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]